**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-20441-BLOOM/Louis**

MIREYA ROSARIO, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

METROLPOLITAN PROTECTIVE
SERVICES, INC., a Florida for
profit corporation,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [28] ("Stipulation"), filed on September 29, 2020. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [28]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 20-cv-20441-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 29, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record